**Motion DENIED.**

*[signature]*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | No. 3:09-00099 |
| | ) | Judge Trauger |
| DeMARCO MOORE | ) | |

### MOTION FOR TEMPORARY RELEASE FROM DETENTION TO ATTEND GRANDMOTHER'S FUNERAL

DeMarco Moore, by and through undersigned counsel, hereby moves this Honorable Court for a temporary release from pretrial detention so that he may attend his grandmother's funeral. In support of this motion, undersigned counsel would show the Court the following:

1. The defendant is detained pending trial in this matter. The defendant did not challenge the government's motion for detention but rather waived the hearing. (Docket Entry No. 55) He has been detained since May 12, 2009.

2. The defendant's grandmother, Mary Moore, died on June 19, 2010. Upon undersigned counsel's information and belief, the funeral is scheduled for Friday, June 25, 2010, at 6:00 p.m., at the Jefferson Street Missionary Baptist Church in Nashville, Tennessee. The viewing for family members is scheduled for June 24, 2010 at Smith Brothers Funeral Home in Nashville, Tennessee.

3. The defendant respectfully requests permission for a brief furlough from detention for the purpose of attending his grandmother's funeral and/or the viewing scheduled for family members. He requests that he be transported from the Grayson County Detention Center on Thursday, June 24, 2010 and released in Nashville from the Marshal's lock-up facility to attend the viewing that day and the funeral the following evening. Because the funeral is on a Friday evening, the defendant requests permission to report for resumption of his detention at the United States Marshal's office at 9:00 a.m.