IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:09-00099 |
| | ) | Judge Trauger |
| | ) | |
| [4] DEMARCO MOORE | ) | |

**O R D E R**

It is hereby **ORDERED** that a hearing shall be held on the Petition to Revoke Supervision (Docket No. 828) on Tuesday, October 7, 2014, at 2:30 p.m.

It is so **ORDERED**.

ENTER this 24th day of September 2014.

_____
ALETA A. TRAUGER
U.S. District Judge