UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

==Motion GRANTED. Hearing reset for 4/27/15 at 11:00 a.m.==

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:09-cr-00099 |
| v. | |
| DEMARCO MOORE | JUDGE TRAUGER |

## JOINT MOTION TO CONTINUE REVOCATION HEARING

The United States, by and through David Rivera, United States Attorney for the Middle District of Tennessee, Lynne T. Ingram, Assistant United States Attorney, and Isaiah S. Gant, Defense Counsel, respectfully moves the Court to continue the revocation hearing currently scheduled for October 17, 2014 to sometime after April 17, 2015 at a time convenient for the Court.

The undersigns seek a continuance due to the Probation Officer assigned to this case, Eric Illarmo, being out of the office on October 17, 2014. In addition, this will give Defendant Moore additional time more time to comply with the conditions of his supervised release. Probation Officer Illarmo is in support of this six-month continuance.

1